Matthew Albino Alarcon #63235
Full Name/Prisoner Number

PO Box 1059 Santa Fe New Mexico
87504
Complete Mailing Address

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY - 4 2015

**MATTHEW J. DYKMAN**
**CLERK**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Civil Action No. __15cv 380 RB/SCY__
(To be supplied by the Court)

Matthew Albino Alarcon #63235

_____, Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

Gregg Marcantel , Mike Heredia, J. Beaird
Jerry Roark
(Do not use *et al.*) _____, Defendant(s).

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Matthew Albino Alarcon 63235 is a citizen of New Mexico who
   (Plaintiff)                                    (State)

presently resides at PO Box 1059  P.N.M. mailing address
                        (mailing address or place of confinement)

2. Defendant Gregg Marcantel is a citizen of New Mexico
             (name of first defendant)                    (State)

whose address is 4337 State Rd 14  Santa Fe  New Mexico  87508 ,
                                    NMCD (Santa Fe)
and who is employed as Secretary of Corrections . At the time the claim(s)
                       (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
✗ Yes ___ No. If your answer is "Yes," briefly explain:
Gregg Marcantel is Secretary of New Mexico Corrections
Department

4

3. Defendant _Mike Heredia_ is a citizen of _New Mexico_
(name of second defendant)                                    (State)

whose address is _6900 W. Millen Drive Hobbs New Mexico 88244_
_(State)_

and who is employed as _Cpt of Administration at LCCF_. At the time the claim(s)
(title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
__X__ Yes ____ No. If your answer is "Yes," briefly explain:

_Mike Heredia is Administration Captain at Lea County Correctional_

_Facility    (Continued on Extra page) See A.Parties_

(If more space is needed to furnish the above information for additional defendants, continue on a blank
sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and
title.)

(CHECK ONE OR BOTH:)
__✓__ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or _Bivens v. Six
Unknown Named Agents of Fed. Bureau of Narcotics_, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for
federal defendants).
_____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert
jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## B. NATURE OF THE CASE

**BRIEFLY** state the background of your case. _It is believed to the best of my knowledge that
the above named defendants failed to follow multiple policies and procedures, also the due
process of prisoner's Rights. I also believe that accessive cruel and unusual punishment has
been implemented._

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and
that the following facts form the basis of my allegations: (If more space is needed to explain any
allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.
CAUSE OF ACTION.")

**Claim I:** _New Mexico Corrections Department policy and procedures_

_CD-090100-(Inmate Discipline) — Due Process_

_____

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.) I matthew Alarcon as to date have recieved No mis-conduct Report for the alleged Incidents that occured between (the dates of allegations) cpt Heredia or warden T. Beaird had the responsibility to Produce a mis conduct report within the allowed time limits. Gregg Marcantel, and Jerry Roark have the responsibility to assure that the administration under them follow the policies stated in all claims.

Claim II:  <u>Due process - Interim level VI Placement 143W/ - level VI Placement criteria and place procedures (p0143002), policy of the New Mexico Collections Department.</u>

Supporting Facts: On march 6 2014 Matthew Alarcon was Placed Into Interim level VI Status Specific to Predatory, Entimidating and extortion of other Inmates forceing them to seek Protective custody It was alleged 3 inmates have Positively Identified Alarcon as the Primary suspected Inmate.
On multiple dates thru march up to april many Hearings were conducted with cpt Heredia and case-worker C. Jones, thru multiple Hearings petitioner was only advised on these hearings that He was Being reffered to level VI at P.N.M. and would be pending Approval from CBC. for Placement. During these brief Hearings petitioner was not allowed to provide Input on the alleged Accusations or challenge the Confidential Information. On or before any of these hearings petitioner was not provided with a summary of the confidential Information, which would allow the accused inmate to challenge the truthfulness of the confidential Information recieved. cpt Mike Heredia, warden T Beaird Jerry Roark, or gregg Marcantel never gave any type of oppertunity to Allow the petitioner to prove his Innocence, and because No Investigation was done The day of the alleged incidents within 24 hours the incidents took place, such evidence as the cameras, witnesses, witnesses statements would have gave petitioner the opertunity to prove his Innocence.
On april 25 2014 after petitioner was reffered to level VI placement petitioner recieved a summary, better yet a copy of a memorandum in Reference to placement based on confidential information Petitioner was asked to sign this memorandum as a summary for his placement but petitioner refused to sign Petitioner refused to sign because It was not given In a timely manner, (on the date of my hearing or a day prior) which would allow the petitioner the chance to challenge the facts against him at the time of his hearing. petitioner's Hearing was held on march 26 2014, cpt Heredia Mike, took it as his own Reason for placement based on information he recieved and belived to be true. cpt Mike Heredia failed to conduct a proper Investigation which would of proved that there was no real reason that directly proved Petitioner committed any infraction or Justified reason for placement.

3

6

**Claim III:** *Cruel and unusual punishment, emotional distress, and declamation of character*

Supporting Facts: On March 10 I had a 7 day hearing and was threatened to have harm inflicted upon me by Cpt Heredia He stated if you want to be a predatory inmate I'll have your ass locked up and sent back to general population and you'll see how quick the predator will become the prey. I was also told by Cpt Heredia to file an appeal of my placement and he told the case worker to give me the papers I need; but that it didn't matter cause it wasn't going to help me and my appeal was denied. Cpt Heredia took it in his own power to act as the investigating officer and as the chairman of the committees held as of inmates placement only to make sure Inmate was placed in long term disciplinary segregation and make sure that Inmate was to be shipped to a maximum **D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF** (Continued on blank page) security prison. (cont on pg) Claim III                                                                                   Claim III

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? _____ Yes _✓_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b. Name and location of court and docket number _____

c. Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?)

_____

d. Issues raised: _____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _✓_ Yes _____ No.

If your answer is "Yes," briefly describe how relief was sought and the results.
I filed informal complaints and grievances also filed appeals all have been denied. Informal complaints and grievances was stated the matter at hand was not grievable.

3. I have exhausted available administrative remedies. _✓_ Yes _____ No. If your answer is "Yes," briefly explain the steps taken.  Attach proof of exhaustion.  If your answer is "No," briefly explain why administrative remedies were not exhausted. Inmate has filed appeals and all have Been denied.

4

7

## E.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a.  Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

b.  Name and location of court and docket number _____

c.  Grounds for dismissal:  ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d.  Approximate date of filing lawsuit: _____

e.  Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? _____ Yes _____ No.  If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

at the current time no because Inmate is segregated but if released In to general population then yes because Inmate has many enemies Throuot the N.M.C.D. and has been threatened with acts of violence against His person.

### G.  REQUEST FOR RELIEF

I request the following relief: Petitioner requests Immediate release from longterm Disciplinary segregation and re classified in the most appropriate level of custody and Best intrest of petitioners well-being, Also That the above named defendants Be Held Accountable for their actions and pay a Reasonable Relief of 2 million dollars and have all good time that has not been credited, credited to  (2,000,000) accused inmates file clue to his placement in level 6.

8

☐ CNMCF/CMRU/CMU
P.O. Drawer 1328
Los Lunas, NM 87031

☐ GCCF
P.O. Box 520
Santa Rosa, NM 88435

☐ LCCF
6900 W. Millen Dr.
Hobbs, NM 88244

☐ PNM
P.O. Box 1059
Santa Fe, NM 87504

☐ SNMCF
P.O. Box 639
Las Cruces, NM 88004

☐ SNMCF-POU
P.O. Box 20005
Las Cruces, NM 88004

☐ WNMCF
P.O. Drawer 250
Grants, NM 87020

☐ NENMDF
185 Doctor Michael Jenkins Rd.
Clayton, NM 88415

Name _____

No. _____ Unit _____

A. Parties

Date: _____

(name of 3rd defendant)                                    (State)

Defendant J. Beaird is a citizen of New Mexico whose address is 6900 W Millen Dr. Hobbs New Mexico 88244 and who is employed as security warden of Lea County Correctional Facility. At the time the claims alleged in this complaint arose, was this defendant acting under color of state law? Yes.

Defendant J. Beaird is the security warden of Lea county correctional facility.

(name of 4th defendant)

Defendant Jerry Roark is a citizen of New Mexico whose address is 4337 State Rd 14, Santa fe NM 87508 and who is employed as Director of Adult Prisons Division of the New Mexico Corrections Department. At the time the claims alleged in this complaint arose, was this defendant acting under color of State Law? Yes.

Defendant Jerry Roark is director of adult prisons of the New Mexico Corrections Department.

13

# CLAIM III (Continued)

Page: _____

Segregation

Petitioner has been placed in Administrative on March 6, and has been transferred to a maximum security prison in Santa Fe on 5/22/14. due to the actions of cpt Heredia petitioner suffers to emotional distress to the action taken against him for no wrong proven against him, due to lack of communication with family members and friends petitioner has also suffered the loss of his relationship with his wife due to placement In long term Segregation where phone calls are limited also due to hardship caused by the actions of cpt Mike Heredia, sending petitioner to serve long term segregation for no wrong proven against the petitioner. allegations by Cpt Heredia against the petitioner have yet to be proven by admission or guilt of any kind by misconduct Reports that would call for this Justification. Allegations of Being gang active with no history of being gang active, claims of being a predatory Inmate with no type of behavior to support these allegations, extorting of other Inmates, when no proof of any extortion, assaltive behavior claiming I've threatened to end someone's life, these are serious allegations that need to be proved against the accused inmate, but yet they have failed to provide any such misconduct report to prove allegations to be true. I feel that such claims is a Declaration of character because they have belittled me in every way possible, making petitioner appear to be something he is not. I am not a threat to the security of the institution or to any others. I have no history past or present to support the allegations against me. There is no Justification for this placement in long term segregation by cpt Mike Heredia, warden J. Beaird, or the Director of Adult Prisons Jerry Roark, and Gregg Marcantel. Jerry Roark has stated he reviewed CD policy and all was correct upon Inmates placement. he has denied my Appeal and stated because I have no positive response as to these claims or concerns to my involvement that I nonchalantly dissavss them, therefore you show no willingness to change your behavior. my appeal was denied. policies and procedures have not been met and I have not been found guilty of any of these allegations against me. petitioner has up to date over two years clear conduct

# MEMORANDUM



**The GEO Group, Inc.**

Lea County Correctional Facility
6900 W. Millen Drive
Hobbs, New Mexico 88244

www.geogroup.com

Date:     March 07, 2014

To:       Lorena Brito, ADOC
          S.Beaird, Offender Service          *Recieved on*
          J. Beaird, Security Warden          *4/25/14*
          E. Sandoval, Chief of Security

From:     M. Heredia, Administration Captain

RE:       **MATTHEW ALBION ALARCON #63235**

*Each behavior you document must be supported by actual incident reports — misconduct RA renosetc.*

On March 06, 2014 Alarcon was segregated on Involuntary Status specific to predatory, intimidating, and extorting other inmates with GP-1, forcing them to seek placement in protective custody. Three (3) inmates have positively identified Alarcon as the primary suspected inmate.

*Also No location mentioned*

May 24, 2013; Source MAH 001-requests voluntary protection claiming that Alarcon insisted Source join "CRUCES BOYZ" disruptive group and "do work" for them. MAH 001- was threatened that they would "end his life" and fears for his safety.

January 15, 2014; Source MAH 002-requests voluntary protection claiming that he overheard Alarcon and others talking about a debt that he owed but, "was too big to fight one on one so they needed to roll in on him and take him out with more back up." Source MAH 002- fears bodily harm or acts of violence against his person.

January 17, 2014; Source MAH 003-requested voluntary protection claiming that Alarcon and others have fought with him and tells other inmates that he is a "rat". He fears bodily harm or acts of violence against his person. ~~...~~

In accordance with CD- 143001 in reference to placement based on confidential information the following criteria have been met;

- The date the information was received; May 24, 2014, January 15, 2014, and January 17, 2014.

- The identity of the staff member receiving the confidential information: Capt. Mike Heredia

*key personnel*

- Prison location where information was received from the confidential informant: LCCF

- Efforts to corroborate information: multiple sources.

- Informants basis for knowledge of information; First hand information   *Questionable*

*Non descriptive words, language with multiple meanings, or language open to interpretation*

*15*

# NEW MEXICO CORRECTIONS DEPARTMENT
## Level VI/Interim Level VI/PHD/Disciplinary Placement

**INMATE NAME**: Alarcon, Matthew Albian                    **NMCD**: 63235

**On (date)** _____March 6, 2014_____   **at (time)** ___15:00___

**The Placement was made:**

☐   2.a Voluntary Placement- Inmate must complete **Request for Voluntary Placement in Inmate Protection** Form CD-143001.2

☒   Involuntary Placement- Must Specify the reason for placement

  1.a   ☒   Inmate poses a threat to the security of the institution as defined by Policy 143000

  1.b   ☐   Major disciplinary reports or pattern of minor disciplinary reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property.

  1.c   ☐   Inmate is a suspect of or the subject of an investigation for a serious criminal offense.

  1.d   ☐   STG involvement or organized activity as defined by this policy. Must meet one criteria relating to membership or association (143001 list d.1) and one criteria relating to behavior (143001 list d.2)

  1.e   ☐   Repeated behavior of unwillingness to comply with rules, unpredictable or disruptive behavior, unwillingness to participate in programs. [NOTE: this must be supported by misconduct reports, or staff observation logs]

  2.b   ☐   Involuntary Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he or she remains in general population

☐   Pre-Hearing Detention: Inmate has received a misconduct report and poses an escape risk or a threat to the security of the institution, public, other inmates, staff or others (CD-090101,¶E.2.)

☐   Disciplinary Segregation: Inmate has been found guilty on misconduct report Log # _____   11 4 94
      And has received ____ days of segregation time; Begin date: _____; End date: _____

Summary of facts that justify placement: As of March 6, 2014, Inmate Alarcon, Matthew Albian, NMCD #63235 was placed into Involuntary Interim Level VI status specific to predatory, intimidating, and extortion of other inmates forcing them to seek protective custody. Three (3) inmates have positively identified Inmate Alarcon, Matthew Albian, NMCD #63235 as the primary suspected inmate.

_____                    ___1500___                    _36-14_
Shift Supervisor (receipt acknowledged)                    Time                          Date

_____                    __715__                      _3-6-14_
Inmate Signature                                            Time                          Date

Sgt. B. Buckelew                                          _1915_                      03-06-14
Served by (Staff Member)                                    Time                          Date

---

**72 HOUR REVIEW:** Discharge from Level VI ☐   Remain in Level VI ☒   Release from PHD ☐   Continue PHD ☐

Specific Justification for Action: _Alarcon, M. shall remain in_
_Involuntary pending alternate housing._

_____                    __1900__                    _3-6-14_
Unit Manager/Chief of Security or Above                    Time                          Date

9

FORM 143001.1

16

Form CD-143001.5

# NEW MEXICO
## CORRECTIONS DEPARTMENT
### Level VI Status Review – 7 and 30 Days

| NAME | NMCD# | HOUSING UNIT | STATUS |
|---|---|---|---|
| Horron  Matthew | 63235 | 3P310 | Involuntary II |

☒ 7 day  ☐ 30 day   **LEVEL VI START DATE:** _____ 3/6/2014 _____

**REASON(S) for initial placement in Level VI:**
_____ Voluntary Placement.
__×__ Inmate poses a threat to the security of the institution.
_____ Major disciplinary report/pattern of minor reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property.
_____ Inmate is a suspect of or subject of an investigation for a serious criminal offense.
_____ STG involvement or organized activity as defined by this policy.
_____ Repeated behavior of unwillingness to comply with rules, unpredictable or disruptive behavior, etc.
_____ Involuntary placement in Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he or she remains in general population.

**SUMMARY OF EVIDENCE:** _As of 3/6/2014, Inmate Horron, Matthew, NMCD# 63235 was moved into Involuntary Status upon the top Ability, Intimidation of other inmates being kept in Safekeeping custody._

**Decision:** Continue Level VI   No _____   Yes __✓_____

**Justification:** _Pt has been reviewed and binds for a continued in status is warranted to by II. Both are present._

**Unit Management Team or Authorized Group Signatures:**
_____   _____

| Date of Review: | Date of Next Review: | Location of Next Review: |
|---|---|---|
| 3/6/2014 | 3/13/2014 | |

**Administrative Review:** ___Approve   ___Deny

**Comments:**

S/_____   Date_____

S/ _Matthew____ _63235_ Date _J-17-14_
Inmate Signature (acknowledgment of receipt)

Original: Classification File
Copy: Classification Officer (1); Inmate (1)

Form CD-143001.5

# NEW MEXICO
## CORRECTIONS DEPARTMENT
### Level VI Status Review – 7 and 30 Days

| NAME | NMCD# | HOUSING UNIT | STATUS |
|------|-------|--------------|--------|
| | | | |

☑ 7 day    ☐ 30 day    **LEVEL VI START DATE:** _____

**REASON(S)** for initial placement in Level VI:
- _____ Voluntary Placement.
- __X__ Inmate poses a threat to the security of the institution.
- _____ Major disciplinary report/pattern of minor reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property.
- _____ Inmate is a suspect of or subject of an investigation for a serious criminal offense.
- _____ STG involvement or organized activity as defined by this policy.
- _____ Repeated behavior of unwillingness to comply with rules, unpredictable or disruptive behavior, etc.
- _____ Involuntary placement in Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he or she remains in general population.

**SUMMARY OF EVIDENCE:**

_____

_____

_____

**Decision:**    Continue Level VI    No _____    Yes _____

**Justification:**

_____

_____

_____

**Unit Management Team or Authorized Group Signatures:**

_____    _____

_____    _____

| Date of Review: | Date of Next Review: | Location of Next Review: |
|-----------------|----------------------|--------------------------|
| | | |

**Administrative Review:**    _X_ Approve    ____ Deny

Comments:

S/_____    Date_____

S/_____    Date_____
Inmate Signature (acknowledgment of receipt)

Original: Classification File
Copy: Classification Officer (1); Inmate (1)

18

Form CD-143001.5

# NEW MEXICO
## CORRECTIONS DEPARTMENT
### Level VI Status Review – 7 and 30 Days

| NAME | NMCD# | HOUSING UNIT | STATUS |
|------|-------|--------------|--------|
| | | | Lvl I |

☐ 7 day  ☐ 30 day   **LEVEL VI START DATE:** _____

**REASON(S) for initial placement in Level VI:**

____ Voluntary Placement.
____ Inmate poses a threat to the security of the institution.
____ Major disciplinary report/pattern of minor reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property.
____ Inmate is a suspect of or subject of an investigation for a serious criminal offense.
____ STG involvement or organized activity as defined by this policy.
____ Repeated behavior of unwillingness to comply with rules, unpredictable or disruptive behavior, etc.
____ Involuntary placement in Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he or she remains in general population.

**SUMMARY OF EVIDENCE:** _____

_____

_____

**Decision:**   Continue Level VI   No _____   Yes ✓_____

**Justification:** _____

_____

**Unit Management Team or Authorized Group Signatures:**

_____   _____

_____   _____

| Date of Review: | Date of Next Review: | Location of Next Review: |
|-----------------|----------------------|--------------------------|
| | | |

**Administrative Review:**   ✓ Approve   ____ Deny

Comments:

S/ _____                    Date _____

S/ _____                    Date _____
Inmate Signature (acknowledgment of receipt)

Original: Classification File
Copy: Classification Officer (1); Inmate (1)

19

Form CD-143001.5

# NEW MEXICO
## CORRECTIONS DEPARTMENT
### Level VI Status Review – 7 and 30 Days

| NAME | NMCD# | HOUSING UNIT | STATUS |
|------|-------|--------------|--------|
| *[handwritten]* | *[handwritten]* | *[handwritten]* | *[handwritten]* |

[X] 7 day    [ ] 30 day    **LEVEL VI START DATE:** _____

**REASON(S) for initial placement in Level VI:**

_____ Voluntary Placement.

___X__ Inmate poses a threat to the security of the institution.

_____ Major disciplinary report/pattern of minor reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property.

_____ Inmate is a suspect of or subject of an investigation for a serious criminal offense.

_____ STG involvement or organized activity as defined by this policy.

_____ Repeated behavior of unwillingness to comply with rules, unpredictable or disruptive behavior, etc.

_____ Involuntary placement in Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he or she remains in general population.

**SUMMARY OF EVIDENCE:** *[handwritten text]*

**Decision:**   Continue Level VI   No _____   Yes ___X___

**Justification:** *[handwritten text]*

**Unit Management Team or Authorized Group Signatures:**

_____   *[signature]*

_____   _____

| Date of Review: *[handwritten]* | Date of Next Review: *[handwritten]* | Location of Next Review: *[handwritten]* |
|---|---|---|

**Administrative Review:**   ___ Approve   ___ Deny

Comments:

S/ *[signature]* _____   Date _____

S/ *[signature]* _____ TVK Date *[handwritten]*

   Inmate Signature (acknowledgment of receipt)

Original: Classification File
Copy: Classification Officer (1); Inmate (1)

20

Form CD-143001.5

**NEW MEXICO**
**CORRECTIONS DEPARTMENT**
**Level VI Status Review – 7 and 30 Days**

| NAME | NMCD# | HOUSING UNIT | STATUS |
|------|-------|--------------|--------|
| *Flareon, Andrew* | *6355* | *SBM* | *Int Lvl VI* |

☒ 7 day    ☐ 30 day    **LEVEL VI START DATE:** _____

**REASON(S) for initial placement in Level VI:**

_____ Voluntary Placement.
__☒__ Inmate poses a threat to the security of the institution.
_____ Major disciplinary report/pattern of minor reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property.
_____ Inmate is a suspect of or subject of an investigation for a serious criminal offense.
_____ STG involvement or organized activity as defined by this policy.
_____ Repeated behavior of unwillingness to comply with rules, unpredictable or disruptive behavior, etc.
_____ Involuntary placement in Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he or she remains in general population.

**SUMMARY OF EVIDENCE:** _____

_____

_____

**Decision:**    Continue Level VI    No _____    Yes ___✓___

**Justification:** _____

_____

_____

**Unit Management Team or Authorized Group Signatures:**

_____    _____

_____    _____

| Date of Review: | Date of Next Review: *5/2/2014* | Location of Next Review: |
|-----------------|-------------------------------|--------------------------|

**Administrative Review:** _____Approve    _____Deny

Comments:

S/_____ Date_____

S/_____ Date_____
    Inmate Signature (acknowledgment of receipt)

Original: Classification File
Copy: Classification Officer (1); Inmate (1)

21

Form CD-143001.5

# NEW MEXICO
## CORRECTIONS DEPARTMENT
### Level VI Status Review – 7 and 30 Days

| NAME | NMCD# | HOUSING UNIT | STATUS |
|------|-------|--------------|--------|
| | | | |

☐ 7 day    ☐ 30 day    **LEVEL VI START DATE:** _____

**REASON(S) for initial placement in Level VI:**

_____ Voluntary Placement.
__X__ Inmate poses a threat to the security of the institution.
_____ Major disciplinary report/pattern of minor reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property.
_____ Inmate is a suspect of or subject of an investigation for a serious criminal offense.
_____ STG involvement or organized activity as defined by this policy.
_____ Repeated behavior of unwillingness to comply with rules, unpredictable or disruptive behavior, etc.
_____ Involuntary placement in Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he or she remains in general population.

**SUMMARY OF EVIDENCE:**

_____

_____

_____

**Decision:**    Continue Level VI    No _____    Yes __X__

**Justification:**

_____

_____

_____

**Unit Management Team or Authorized Group Signatures:**

_____    _____

_____    _____

| Date of Review: | Date of Next Review: | Location of Next Review: |
|-----------------|----------------------|--------------------------|
| | 5-30-14 | |

**Administrative Review:**    __✓__ Approve    _____ Deny

Comments:

S/ _____    Date _____

S/ _____    Date _____
Inmate Signature (acknowledgment of receipt)

Original: Classification File
Copy: Classification Officer (1); Inmate (1)

22

**NEW MEXICO CORRECTI**

**INMATE CLASSIFICATION**

INMATE'S NAME: _Matthew Alarcon_____ NMCD

INSTITUTION: _L C C F_____ HOUSING UNIT_SO 2|0

DATE OF CLASSIFICATION DECISION OR RECOMMENDATION THAT IS BEING
APPEALED: _3/14/14_____

DATE RECEIVED BY INSTITUTIONAL CLASSIFICATION APPEALS
OFFICER: _3·20·14_ LOG#:_LC/4·03·02

NOTE:  This form must be submitted to the Institutional Classification Appeals Officer within 15 calendar days of the
classification recommendation/decision.  For further information on filing a classification appeal, see Policy CD-080100 in
the Law Library.

STATE APPEAL:        Include documentation and specific reasons for your appeal.  Use
additional pages, if necessary.

Inmate's Signature: _Matthew R_____ Date: _3/20/14_  ( (  see page  )  )
                                                           (  Attached  )

TO BE COMPLETED BY THE CLASSIFICATION APPEALS OFFICER

A.        _X_ Your classification appeal is accepted for consideration

B.        Your appeal is being returned to you for the following reasons(s):

          ____1.   The appeal is currently under review.

          ____2.   The appeal does not involve a classification decision.

          ____3.   The appeal is a group appeal or petition.

          ____4.   The appeal is not timely.

          ____5.   Other: Specify_____

          _Beard_____    _3·20·14_____
          Classification Appeals Officer      Date Received

CLASSIFICATION APPEALS OFFICER'S INVESTIGATION AND RECOMMENDATION:

_____        _____
CLASSIFICATION APPEALS OFFICER              DATE

DECISION OF WARDEN

APPEAL GRANTED_____          APPEAL DENIED_____

REASONS: _____

SIGNATURE_____        DATE: _____

DATE RETURNED TO INMATE: _____

23

Appeal!                                                                        3/20/14

I am appealing the decision of L.C.C.F. recommendation in 3/14/14 for level 6 due to grounds of false testimony of other Inmates. I have been in 9p1 since march 13-13 and as of today have only had incidents with a couple of inmates, now they are saying that I am preadtorial to other inmates, or intimidating and extorting inmates forcing them to seek proctive custody. in all my time that I have done I have never acted upon other inmates with such behavior. I have had clear conduct going on 17 months and have no such behavior therefore I am appealing this here Recommendation to be placed in level 6. I have done nothing wrong to anyone or have I ever forced any inmate to seek proctive custody. if they seeked proctive custody it was cuz of the way they felt not upon the way I have acted. as I told Cpt Herredia and major Sandoval I acted in a way of self defense. other then that I am not guilty of such behavior I would really appreciate if this matter was looked into further for there has not been a complete investigation which is unfair desicision of lccf. staff to make. Recommending me inmate Matthew Alarcon #65255 to level 6 for predatory behavior. I would really appreciate if I am to stay here housed at lccf 9p1 upon no Hard Evidence other then word of mouth from inmates who may not like me and wish for me to be gone, I feel I have been discriminated against in my pod by other inmates because the fact that I don't have sexual or robe charges which most of the inmates in 9p1 have do. I've kept myself out of trouble thru out all this time and would remain out of trouble if I was placed back in to 9p1. Therefore I am appealing the decision that LCCF Recommends level 6 because I have no such behavior. I am sure there must be a certin procedure that must be followed to prove the guilt of an inmate and I have to be able to prove myself.   Respectfully

                                                                    Matthew Ch
                                                                    #65255
                                                                    Matthew Alarcon

Denied

24

# Offender Discipline History

Offender Name ALARCON, MATTHEW
Offender # 441755
NMCD # 63235

| Discipline Case Num | Pending | Final Hearing Date | Incident Case Num | Class | Charge Code | Finding | Hearing Location | Charge Description |
|---|---|---|---|---|---|---|---|---|
| 29902 | N | 1/6/2006 | 73711 | MINOR | B9 | GUILTY | WESTERN NM INRES | PRESENCE IN UNAUTHORIZED RESTRICTED AREA |
| 90523 | N | 1/11/2008 | 90329 | MAJOR | A19 | GUILTY | LEA COUNTY CORF | DEALING IN DANGEROUS DRUGS. |
| 90523 | N | 1/11/2008 | 90329 | MAJOR | A31 | GUILTY | LEA COUNTY CORF | ATTEMPT OR COMPLICITY |
| 97699 | N | 12/18/2008 | 97505 | MAJOR | A30 | GUILTY | LEA COUNTY CORF | TATTOOING AND/OR POSSESSION OF TATTOO PA |
| 123321 | N | 4/2/2012 | 123105 | MINOR | B16 | GUILTY | GUADALUPE CO CC | DISOBEYING LAWFUL ORDER. |
| 123321 | N | 4/2/2012 | 123105 | MINOR | B9 | GUILTY | GUADALUPE CO CC | PRESENCE IN UNAUTHORIZED RESTRICTED AREA |
| 123794 | N | 4/18/2012 | 123578 | MAJOR | A18 | GUILTY | GUADALUPE CO CC | POSSESSION OR USE OF DANGEROUS DRUGS |
| 124564 | N | 5/23/2012 | 124348 | MINOR | B21 | GUILTY | GUADALUPE CO CC | UNAUTHORIZED USE OF INSTITUTIONAL EQUIP |
| 127768 | N | 10/15/2012 | 127552 | MAJOR | A30 | GUILTY | NORTHEAST NM DI | TATTOOING AND/OR POSSESSION OF TATTOO PA |
| 127905 | N | 10/23/2012 | 127689 | MINOR | B21 | GUILTY | NORTHEAST NM DI | UNAUTHORIZED USE OF INSTITUTIONAL EQUIP |

25

Form CD-143001.4

# NEW MEXICO
## CORRECTIONS DEPARTMENT
### Level V/VI Hearing Decision

| NAME | NMCD# | HOUSING UNIT |
|---|---|---|
| Alarcon, Matthew | 63235 | HU1B H-107 |

**REASON FOR HEARING:**    Interim ☐     Initial ☒     Annual ☐        **Special** ☐

**Reason(s)** for initial placement in Level V / VI

| | | |
|---|---|---|
| ___ | **B.1** | Voluntary Inmate Protection (Inmate must complete **Request for Voluntary Placement** Form CD-143001.1) |
| X | **1.a** | Inmate poses a threat to the security of the institution as defined by Policy 143000. |
| ___ | **1.b** | Major disciplinary reports or pattern of minor disciplinary reports that threaten the security of the institution, safety of staff or inmates, or involves destruction of property |
| ___ | **1.c** | STG involvement or organized activity as defined by Policy CD-143001. Must meet one criteria relating to membership or association (143001 List d.1) and one criteria relating to behavior (143001 List d.2) |
| ___ | **B.2** | Involuntary Inmate Protection: inmate is in danger of bodily harm or violent acts from other inmates if he/she remains in general population. Other (specify) |

**Summary of Evidence**
On March 6, 2014, Inmate Matthew Alarcon #63235 was placed on Interim Level VI. The basis for this placement is due to his predatory and intimidating behavior at Lea County Correctional Facility. Inmate Alarcon exhibited predatory and intimidating behavior and extorted other inmates within GP-1 population, forcing some of them to seek Protective Custody placement. Three (3) inmates claimed Inmate Alarcon as an enemy. On January 17, 2014, MAH 003 claimed that Inmate Alarcon and others have fought with him due to their belief that he is an informant. On January 15, 2014 MAH 002 claimed he overheard Inmate Alarcon and others talking about the debt he owed, but that "he was too big to fight one on one, so they needed to roll in on him and take him out with more backup." Source MAH 002 fears bodily harm or acts of violence against his person. On May 24, 2013, MAH 001 claimed that Inmate Alarcon insisted he join the disruptive group "Cruces Boyz" and do "work" for them. Source MAH 001 was threatened with bodily harm and fears for his safety.

---

**Decision:**

   **INTERIM and INITIAL:** Refer to Level V / VI    No ☐ Yes ☒       **ANNUAL:** Retain in VI ☐ Refer as specified below ☐

   **Justification:**
Inmate Matthew Alarcon #63235 is a threat to the security of the institution. Pursuant to Policy 143000 Inmate Alarcon meets placement criteria, specifically, CD-143002 Paragraph A.1.a which states that an inmate may be placed on Involuntary Level VI if the inmate is a threat to the security of the institution which is defined as Any behavior or situation which involves, causes or is reasonably likely to cause acts of violence, a substantial risk of death or serious injury to any person. Based on the above information Inmate Alarcon will be placed Level VI.

For **INITIAL** Inmate was read verbatim the appeals process and received an appeal form

_____        6/12/14
Committee Chairperson/Unit Manager        Date

| Date of Hearing: | Time of Hearing: | Location of Hearing: |
|---|---|---|
| 6/12/14 | 8:15 am | PNM Level VI Hill Building |
| Members Present: | Members Present: | Members Present: |
| | Sgt Eizataga | Jarmin |

**Administrative Review:**

✓ AFFIRM     ___ MODIFY     ___ REVISE

**Comments:**

_____

_____

S/ _____        Date 6·12-14
Warden/designee

S/ _____        Date 6/12/14
Inmate Signature (acknowledgment of receipt)

---

Original – Classification File    Copy – Classification Officer    Copy – Inmate

26

H-107

**State of New Mexico**

**Corrections Department**
Central Office Administration
4337 State Road 14, Santa Fe, NM 87508
PO Box 27116, Santa Fe, NM 87502-0116
www.corrections.state.nm.us
Phone: 505.827.8600 - Fax: 505.827.8220

**Gregg Marcantel**
Secretary 505.827.8884

**Aurora B. Sánchez**
Deputy Secretary of Administration
505.827.8631

**Joe W. Booker, Jr.**
Deputy Secretary of Operations
505.827.8667

Susana Martinez
Governor

Administrative Services 505.827.8601
Adult Prisons 505.827.8767
Corrections Industries 505.827.8906
General Counsel 505.827.8696
Information Technology 505.827.8713
Probation & Parole 505.827.8830
Office of Recidivism Reduction 505.827.8541
Training Academy 505.827.8900

"We commit to the safety and well-being of the people of New Mexico by doing the right thing, always."

**TO:**     Matthew Alarcon, NMCD# 63235

**FROM:**   Jerry Roark, Director – Adult Prisons Division

**DATE:**   July 7, 2014

**RE:**     Appeal of Placement in Level VI.

On June 24th, 2014 I received your Appeal of Level V or Level VI Placement or Retention Decision form dated June 12th, 2014 in which you are appealing your placement in Level VI.

You begin your appeal by claiming you were not allowed to challenge the facts and allegations against you which placed you in Level VI status. You also claim the criterion used in this process was not stated in policy terms which in your view left the issue a broader spectrum for interpretation. You also claim staff involvement in the committee was not done properly.

On March 6, 2014, you were placed into Interim Level VI based upon being a threat to the security of the institution in which information was provided as to your activities using predatory behavior in extorting, threatening to assault and recruitment into the "Cruces Boyz" disruptive group towards other inmates.

The UMT conducted by Unit Manager/Classification supervisor on March 10, 2014 in which based on an investigation results that confirmed the issue of a threat to the security of the institution. You also waived by your initials on form CD-143001.3 the 48 hour notice and signed that report. Associate Warden Baird determined from the UMT decision this decision is correct.

Policy CD-143001 defines **Threats to the security of the institution** as:

> **"Any behavior or situation which involves, causes or is reasonably likely to cause acts of violence, a substantial risk of death or serious injury to any person, substantial destruction of property, escape or risk of escape. Includes introduction of contraband or conspiracy or attempt to introduce contraband".**

You provide no positive response or concerns as to your involvement in these previous claims and you nonchalantly dismiss them. The documentation and your explanation, you have provided does not show any willingness on your part to change your behavior.

Having reviewed your placement, your institutional adjustment, and Department policy, I am affirming the decisions of Department administrators with regard to your continued placement in Level VI.

This concludes this response to your appeal of placement in Level VI, I received on June 24th, 2014.

Respectfully,

Jerry Roark
Director Adult Prisons Division

27

☐ CNMCF/CMRU/CMU
P.O. Drawer 1328
Los Lunas, NM 87031

☐ GCCF
P.O. Box 520
Santa Rosa, NM 88435

☐ LCCF
6900 W. Millen Dr.
Hobbs, NM 88244

☐ PNM
P.O. Box 1059
Santa Fe, NM 87504

☐ SNMCF
P.O. Box 639
Las Cruces, NM 88004

☐ SNMCF-POU
P.O. Box 20005
Las Cruces, NM 88004

☐ WNMCF
P.O. Drawer 250
Grants, NM 87020

☐ NENMDF
185 Doctor Michael Jenkins Rd.
Clayton, NM 88415

Name _____
No. _____ Unit _____

Date: _____

I hereby certify that a copy of the foregoing pleading/
document was Mailed to:
_____
Gregg Marcantel   at   4337   state   Rd 14   Santa fe
New Mexico 87508   on   April ___   2015
_____ Matthew C _____

I hereby certify that a copy of the foregoing pleading/
document was Mailed to:
_____
Jerry Roark   at   4337   state   Rd 14   santa fe
New Mexico 87508   on   April ___   2015
_____ Matthew C _____

I hereby certify that a copy of the foregoing pleading/
document was Mailed to:
_____
Mike Heredia   at   6900 W. Millen DR   Hobbs
New Mexico 88244   on   April ___   2015
_____ Matthew C _____

I hereby certify that a copy of the foregoing pleading/
document was Mailed to:
_____
J Beaird   at   6900   W. Millen DR   Hobbs   New
Mexico 88244   on   April ___   2015
_____ Matthew C _____

28

Matthew Klaroeon #63235
Po. Box 1059
Santa Fe NM
87504

USPS TRACKING NUMBER

Expected Delivery Day: 05/04/15

9505 5110 4645 5121 5254 00

**PRIORITY MAIL**

★ ★ ★

For Domestic Use Only

UNITED STATES
POSTAL SERVICE®

TRACKED ★ INSURED

Label 107, July 2013

RECEIVED
At Albuquerque NM

MAY 0 4 2015

MATTHEW J. DYKMAN
Clerk

U S District Court Clerk
333 Lomas Blvd. NW, Ste. 270
Albuquerque N.M. 87102



U.S. POSTAGE PAID
LAS CRUCES, NM
MAY 01 15
AMOUNT
$6.35
00104848-04

UNITED STATES POSTAL SERVICE®

1006

87102