IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW ALBIAN ALARCON,

   Plaintiff,

v.                                                              No. Civ. 15-380 RB/SCY

MIKE HEREDIA,

   Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Steven C. Yarbrough's March 2, 2018 Proposed Findings and Recommended Disposition ("PFRD") advising that the Court grant Defendant Mike Heredia's motion for summary judgment (Doc. 17). (Doc. 20.) The parties have not filed objections to the PFRD, thereby waiving their rights to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

   **IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 20) is **ADOPTED**.

2. Defendant Heredia's motion for summary judgment (Doc. 17) is **GRANTED** and Plaintiff's lawsuit is **dismissed with prejudice**.

                                                                                           ROBERT C. BRACK
                                                                                           UNITED STATES DISTRICT JUDGE